# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-02-00124-CR**
**NO. 03-02-00125-CR**
**NO. 03-02-00126-CR**

**Danny Macy, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT**
**NOS. 3010360, 3010361 & 3010362, HONORABLE BOB PERKINS, JUDGE PRESIDING**

In each of these causes, the district court found appellant Danny Macy guilty of aggravated assault. *See* Tex. Pen. Code Ann. ' 22.02 (West 1994). Appellant=s court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of counsel=s brief was delivered to appellant, and appellant was advised of his right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel=s brief and agree that the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel=s motions to withdraw are granted.

The judgments of conviction are affirmed.

_____

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Patterson and Puryear

Affirmed

Filed: November 15, 2002

Do Not Publish